In the Matter of MERRY-GO-ROUND PLAYHOUSE, INC., Respondent, v ASSESSOR OF CITY OF AUBURN et al., Appellants.

Submitted September 15, 2014; decided September 18, 2014

Motion by Association of Towns of the State of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of 155 WEST 21ST STREET, LLC, Appellant, et al., Petitioner, v ALISTAIR McMULLAN, Respondent, et al., Respondent.

Submitted July 7, 2014; decided September 18, 2014

Motion to expand the record denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIONEL McCRAY, Appellant.

Submitted July 21, 2014; decided September 18, 2014

Motion for reargument denied [see 23 NY3d 621 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERENCE McCRAY, Appellant.

Submitted June 16, 2014; decided September 18, 2014

Motions for reargument denied [see 23 NY3d 193 (2014)].